IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DERRICK EVANS,**<br><br>**Defendant.** | Case: 1:21-MJ-00016<br>Assigned to: Judge G. Michael Harvey<br>Assigned Date: 1/8/2021<br>Description: COMPLAINT W/ ARREST WARRANT<br><br>**VIOLATIONS:**<br><br>18 U.S.C. § 1752(a),<br>**(Restricted Building or Grounds)**<br><br>40 U.S.C. § 5104(e)(2)<br>**(Violent Entry or Disorderly Conduct)** |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until otherwise ordered by the Court.

2. IT IS FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket of the arrest warrant until further order of the Court.

Date:   1/8/2021

G. Michael Harvey
2021.01.08 12:33:15
-05'00'

_____
G. Michael Harvey
UNITED STATES MAGISTRATE JUDGE

cc:　Molly Gaston
　　　Assistant United States Attorney
　　　United States Attorney's Office
　　　555 Fourth Street, N.W.
　　　Washington, D.C. 20530