**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

**UNITED STATES OF AMERICA**


**v.**                                          **Case No.: 3:21-mj-00003
Charging District:
District of Columbia
Case No.:  1:21-MJ-00016**


**DERRICK EVANS**



**<u>ORDER</u>**

For reasons appearing to the Court, it is hereby **ORDERED** that the above-captioned criminal action be unsealed.

**ENTERED:** January 8, 2021

Cheryl A. Eifert
United States Magistrate Judge