**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                     Case No.: 3:21-mj-00003
                                                                                  Charging District:
                                                                                  **District of Columbia**
                                                                                  Case No.:  1:21-MJ-00016

**DERRICK EVANS**

### ORDER

It is hereby **ORDERED** that an initial appearance on a criminal complaint in connection with the instant matter shall take place on the 8th day of January 2021, at 3:40 p.m. before the undersigned United States Magistrate Judge.

In accordance with the current recommendations by public health authorities to minimize all in-person contacts during the current national emergency, the courtrooms in the Southern District of West Virginia are limited to the general public. The Court noting the presumption of openness that accompanies courtroom proceedings, the Court has confirmed that **members of the public, media and interested parties** will be able to access the initial appearance electronically. To make use of this technology, use the following method: Phone: 5713532300, 592390025.

Pursuant to Local Rule Cr. P. 53.1, persons using remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future

hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

The Clerk is directed to transmit a copy of this Order to the defendant, counsel of record, the Probation Office, and the United States Marshals Service.

**ENTERED:** January 8, 2021

Cheryl A. Eifert
United States Magistrate Judge