AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia



United States of America
v.

DERRICK EVANS

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-MJ-00016
Assigned to: Judge G. Michael Harvey
Assigned Date: 1/8/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Derrick Evans

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/08/2021

G. Michael Harvey
2021.01.08 12:34:11 -05'00'

*Issuing officer's signature*

City and state:  Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/8/21, and the person was arrested on *(date)* 1/8/21
at *(city and state)* Prichard, WV

Date: 1/8/21

*Arresting officer's signature*

J Lafferty, FBI SA
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Derrick Evans
Known aliases: unknown
Last known residence: 50 Mountaineer Drive, Prichard, WV, 25555
Prior addresses to which defendant/offender may still have ties: unknown

Last known employment: unknown
Last known telephone numbers: unknown
Place of birth: unknown
Date of birth: 04/02/1985
Social Security number: 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
Height: n/a                          Weight: n/a
Sex: Male                            Race: White
Hair: Brown                          Eyes: n/a
Scars, tattoos, other distinguishing marks: unknwon

History of violence, weapons, drug use: unkown

Known family, friends, and other associates *(name, relation, address, phone number)*: unknown

FBI number: n/a
Complete description of auto: unknown

Investigative agency and address: Federal Bureau of Investigation, Washington Field Office, 601 4th St NW, Washington

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
n/a

Date of last contact with pretrial services or probation officer *(if applicable)*: n/a