# Courtroom Minute Entry

**Room:** Huntington  **Case No.:** 3:21-cr-00003  **Type:** Criminal
**Caption:** USA v. Derrick Evans  **Judge:** Eifert

**Started:** 1/8/2021 3:40:41 PM
**Ends:** 1/8/2021 3:58:48 PM  **Length:** 00:18:08

Judge: Cheryl A. Eifert
Courtroom Deputy: Heidi K. Liebegott
Law Clerk: Tessa Adkins
AUSA: Ryan Keefe
Defense Counsel: David Tyson
Defendant: Derrick Evans

| Time | Event |
|---|---|
| **3:40:47 PM** | **INITIAL APPEARANCE** |
| 3:42:26 PM | Called case, noted appearances of counsel, and defendant present in courtroom |
| 3:42:27 PM | Stated rights of defendant and defendant acknowledged these rights |
| 3:42:27 PM | Defendant: Derrick Evans |
| 3:42:28 PM | Stated personal information |
| 3:42:51 PM | Judge: Cheryl A. Eifert |
| 3:42:53 PM | Stated rights of defendant and defendant acknowledged these rights |
| 3:43:21 PM | Defendant has retained counsel |
| 3:43:22 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 3:44:50 PM | Stated violation(s) in charging document and possible penalties |
| 3:54:52 PM | AUSA does not request detention |
| 3:55:02 PM | Stated rights to an ID Hearing |
| 3:55:13 PM | Defendant waives his right |
| 3:55:35 PM | Stated right to have the case transferred to the SDWV |
| 3:55:50 PM | Defendant will consider that right |
| 3:56:08 PM | AUSA does not request detention |
| 3:56:11 PM | Ordered the defendant released on a $10,000 unsecured appearance bond with order setting conditions of release |
| 3:58:39 PM | If you fail to abide by the conditions of release, your bond will be revoked and you will be prosecuted on additional charges |
| 3:58:41 PM | Hearing Adjourned |