# Courtroom Minute Entry

**Room:** Huntington  **Case No.:** 3:21-cr-00003  **Type:** Criminal
**Caption:** USA v. Derrick Evans  **Judge:** Eifert

**Started:** 1/8/2021 3:59:45 PM
**Ends:** 1/8/2021 4:00:32 PM  **Length:** 00:00:48

Judge: Cheryl A. Eifert
Courtroom Deputy: Heidi K. Liebegott
Law Clerk: Tessa Adkins
AUSA: Ryan Keefe
Defense Counsel: David Tyson
Defendant: Derrick Evans

| | |
|---|---|
| **3:59:46 PM** | INTIAL APPEARANCE CONTINUED |
| **3:59:54 PM** | Judge: Cheryl A. Eifert |
| **3:59:57 PM** | Directing the AUSA to disclose discovery; AUSA acknowledged |
| **4:00:26 PM** | Hearing Adjourned |