# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

**UNITED STATES OF AMERICA**

                       **Case No.:  3:21-mj-00003**

**v.**                    **Charging District: USDC for the**
                         **District of Columbia**
                         **Case No.:  1:21-mj-00016**

**DERRICK EVANS**

## ORDER

On the 8th day of January 2021, came the United States of America, by Ryan Keefe, Assistant United States Attorney, and defendant, Derrick Evans, in person and by counsel, David Tyson, Esquire, pursuant to a criminal complaint filed in the United States District Court for the District of Columbia. Defendant was arrested in this district and brought before the undersigned United States Magistrate Judge for an initial appearance. Also present telephonically was Olivia Sanders, United States Probation Officer.

Thereupon, the Court informed defendant of his rights and of the alleged charges, in accordance with the provisions of Rules 5 and 58 and Rule 20, *Fed. R. Crim. P.* Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce to the defendant all exculpatory evidence pursuant to *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and **ORDERS** it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.  Defendant received a copy of the arrest warrant and decided to waive his right to an identity hearing and to the rights provided to him under Rule 20.

The Court next inquired of the United States as to its position on the matter of pre-trial detention. The United States had no objection to pre-trial release pursuant to an unsecured bond and other standard conditions. Accordingly, the Court having received a report from the Probation Officer, and the defendant having waived his right to an identity hearing and upon receipt of the warrant, it is hereby **ORDERED** that the defendant, Derrick Evans, be released on a personal recognizance bond subject to the Order Setting Conditions of Release concurrently entered by this Court.

The Clerk is directed to mail a copy of this Order to defendant, counsel of record, the United States Marshals Service, and the United States Probation Office.

**ENTERED:** January 8, 2021

Cheryl A. Eifert
United States Magistrate Judge